# PROPOSED SPECIAL VERDICT FORM

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| Michael Ippoliti as Personal Representative of the Estate of Jer'kiyi Charles, Deceased, <br><br> Plaintiff <br><br> v. <br><br> HOC Industries, Inc., a Kansas Corporation, And Christmas Tree Shops, Inc., a Massachusetts Corporation. <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:14-cv-00711-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

# SPECIAL VERDICT FORM

## NATURE OF THE CASE

**Defendant HOC objects to the proposed 'Nature of the Case' in its entirety as the evidence has been fully presented to the jury.**

In this case, plaintiff the Estate of Jer'kiyi Charles is suing to recover damages that it claims arose from injuries suffered when Jer'kiyi Charles ingested and aspirated tiki torch fuel into his lungs. Defendant HOC Industries, Inc. manufactured the tiki torch fuel and sold it wholesale to Christmas Tree Shops, Inc. who, in turn, sold it at its retail store. Plaintiff contends that HOC Industries, Inc. negligently provided warnings and designed and manufactured the tiki torch fuel's container and breached implied warranties.

The defendant, HOC Industries, Inc. denies negligence or that it breached any implied warranties and further denies that Jer'kiyi Charles suffered injuries to the extent the Estate claims. Defendant Christmas Tree Shops, Inc. denies negligence and asserts a cross-claim against HOC Industries, Inc. alleging that HOC Industries, Inc. breached

contracts that it had with HOC Industries, Inc. to defend, indemnify and hold harmless Christmas Tree Shops, Inc. relating to any lawsuit or claim made concerning one of HOC Industries, Inc.'s products—the tiki torch fuel at issue in this litigation. HOC Industries, Inc. also asserts that Jer'kiyi Charles' mother, Cherise Blackwell, was a superseding cause of the alleged injuries of Jer'kiyi Charles.