## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| Michael Ippoliti as Personal Representative of the Estate of Jer'kiyi Charles, Deceased, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 1:14-cv-00711-GMS<br>) |
| HOC Industries, Inc., a Kansas Corporation, And Christmas Tree Shops, Inc., a Massachusetts Corporation. | )<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by the parties above through their counsel that all claims, counterclaims and cross-claims are hereby dismissed with prejudice.

| | |
|---|---|
| **CARR & CARR** | **HECKLER & FRABIZZIO** |
| */s/ Patrick E. Carr* | */s/ Daniel L. McKenty* |
| Patrick E. Carr, Esquire | Daniel L. McKenty, Esquire (2689) |
| A. Laurie Koller, Esquire | The Corporate Plaza |
| 4416 South Harvard Avenue | 800 Delaware Avenue, Suite 200 |
| Tulsa, Oklahoma 74135-2605 | P.O. Box 128 |
| Attorney for Plaintiffs | Wilmington, DE 19899-0128 |
| | Attorney for Defendant |
| | |
| | **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY** |
| | |
| | */s/ Brett T. Norton* |
| | Brett T. Norton, Esquire (5559) |
| | 300 Delaware Avenue, Suite 900 |
| | Wilmington, DE 19801 |
| | Attorney for Defendant |

It is ORDERED, that the above matter is DISMISSED WITH PREJUDICE.

Dated: _____

_____
J.