# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| Michael Ippoliti as Personal Representative of the Estate of Jer'kiyi Charles, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>HOC Industries, Inc., a Kansas Corporation, And Christmas Tree Shops, Inc., a Massachusetts Corporation.<br><br>Defendants. | C.A. No. 1:14-cv-00711-GMS |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by the parties above through their counsel that all claims, counterclaims and cross-claims are hereby dismissed with prejudice.

**CARR & CARR**

*/s/ Patrick E. Carr*
Patrick E. Carr, Esquire
A. Laurie Koller, Esquire
4416 South Harvard Avenue
Tulsa, Oklahoma 74135-2605
Attorney for Plaintiffs

**HECKLER & FRABIZZIO**

*/s/ Daniel L. McKenty*
Daniel L. McKenty, Esquire (2689)
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendant

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY**

*/s/ Brett T. Norton*
Brett T. Norton, Esquire (5559)
300 Delaware Avenue, Suite 900
Wilmington, DE 19801
Attorney for Defendant

It is ORDERED, that the above matter is DISMISSED WITH PREJUDICE.

Dated: May 25, 2016

[signature] J.